IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3008-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHRISTIAN P. FIROZ, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the plaintiff's objection to appearance of counsel and notice of conflict of interest of defense attorney (filing 103) will be taken up at the defendant's revocation hearing on February 8, 2007, at 12:00 noon before the undersigned United States district judge.

    February 6, 2007.                  BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    United States District Judge