IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3008 |
| V. | ) | |
| | ) | |
| CHRISTIAN P. FIROZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

   IT IS ORDERED that the government's motion to continue revocation of supervision hearing (filing 105) will be taken up at the hearing scheduled on February 8, 2007, at 12:00 p.m. before the undersigned United States district judge.

   February 7, 2007.                     BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge