IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3008-1 |
| V. | ) | |
| | ) | |
| CHRISTIAN P. FIROZ, | ) | |
| | ) | ORDER |
| Defendant. | ) | |

After hearing the oral arguments of the parties,

IT IS ORDERED that the defendant's motion to dismiss allegations 4, 5, and 6 (filing 109) of the amended petition (filing 106) is granted. The motion to dismiss regarding allegation 3 (filing 109) of the amended petition (filing 106) is denied.

May 4, 2007.                    BY THE COURT:

                                *S/ Richard G. Kopf*
                                United States District Judge