UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
          **Plaintiff**

v.                                                        Case Number 4:04cr3008-001
                                                          USM Number 18297-047

**CHRISTIAN P. FIROZ**
          **Defendant**
                                                          **ROBERT B. CREAGER**
                                                          **Defendant's Attorney**

_____

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

**Date of Original Judgment: 07/06/2007**
**(Or Date of Last Amended Judgment)**

**Reason for Amendment:**
          Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

**THE DEFENDANT** admitted guilt to violation of Standard Condition #2 of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. (Standard Condition #2) | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month | Monthly during 2006 |
| 3. (Standard Condition #2) | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month | Monthly during 2005 |

Original Offense: Conspiracy to unlawfully sell and offer for sale Drug Paraphernalia, in violation of 21 USC 846.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Allegations 2, 4, 5, and 6 of the Amended Petition for Offender Under Supervision (106) are dismissed on motion of the government.

Following the imposition of sentence, the Court advised the defendant of his right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and

Defendant: CHRISTIAN P. FIROZ                                                                                              Page 2 of 3
Case Number: 4:04cr3008-001

special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
July 5, 2007

s/ Richard G. Kopf
United States District Judge

July 12, 2007

## IMPRISONMENT

It is ordered defendant's term of probation is revoked. The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **six (6) months with no supervised release to follow**.

The Court makes the following recommendation **in the strongest possible terms** to the Bureau of Prisons:

1.      That the defendant be incarcerated in the federal facility at **Yankton, SD**.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 p.m. no earlier than 60 days from today** as notified by the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

Defendant: CHRISTIAN P. FIROZ                                                          Page 3 of 3
Case Number: 4:04cr3008-001

# CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 (PAID) | | |

# FINE

No fine imposed.

# RESTITUTION

No restitution was ordered.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk